**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/16/21 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JENNIFER R. EMERSON

       Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
JENNIFER R. EMERSON



       Respondents

Case No.16-70644-JAD

Chapter 13

Related To ECF No. 52

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>16th</u> day of <u>September</u>, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

> Commonwealth Of PA
> Attn: Payroll Manager
> Exec Off-Bur Of Cmmnwlth Payroll Operations
> PO Box 8006
> Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of JENNIFER R. EMERSON, social security number XXX-XX-3016. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JENNIFER R. EMERSON.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-70644-JAD

Jennifer R. Emerson    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 2
Date Rcvd: Sep 16, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer R. Emerson, P.O. Box 333, Colver, PA 15927-0333 |
| | + | Commonwealth of Pennsylvania, Attn: Payroll Manager, Exec Off-Bur Cmmnwlth Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC BANK  N.A. pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC BANK  N.A. lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-7 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Timothy J. Sloan
    on behalf of Debtor Jennifer R. Emerson sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com

TOTAL: 7