UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Jennifer R. Emerson  :  CASE NO.: 16-70644-JAD
    Debtor.  :  Chapter 13
      :  Doc. No.

## CERTIFICATION OF DISCHARGE ELIGIBILITY

The undersigned Counsel for the Debtors, does hereby certify that:

1. The Debtor is entitled to a Discharge under section 1328 of the Bankruptcy Code.
2. The Debtor is not and was not obligated to pay a domestic support obligation by statute or judicial or administrative order.
3. That the Debtor did not obtain a prior discharge in bankruptcy within the time frames specified in Section 1328(f)(1) or (2).
4. That the Debtor has completed an instructional course concerning financial management within the meaning of Section 1328(g)(1).
5. That Section 1328(h) does not render the Debtors ineligible for a discharge.

SLOAN LAW OFFICE, P.C.

By: /s/ Timothy J. Sloan
Timothy J. Sloan, Esquire
Attorney for Debtors
PA I.D. #49728
171 Lovell Avenue
Suite 202
Ebensburg, PA 15931
(814) 471-6771