**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JENNIFER R. EMERSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-70644 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/09/2016 and confirmed on 11/29/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,188.34 |
| Less Refunds to Debtor | 533.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,654.55 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,100.00 | |
|   Trustee Fee | 2,825.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,925.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 617.44 | 617.44 | 0.00 | 617.44 |
|     Acct: 4440 | | | | |
|   PNC BANK NA | 0.00 | 16,939.94 | 0.00 | 16,939.94 |
|     Acct: 3389 | | | | |
|   PNC BANK NA | 93.68 | 93.68 | 0.00 | 93.68 |
|     Acct: 4440 | | | | |
|   PNC BANK NA | 4,122.48 | 4,122.48 | 0.00 | 4,122.48 |
|     Acct: 3389 | | | | |
|   CAMBRIA COUNTY TAX CLAIM BUREAU* | 2,528.89 | 2,528.89 | 588.45 | 3,117.34 |
|     Acct: 2899 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 25,603.52 | 0.00 | 25,603.52 |
|     Acct: 0029 | | | | |
|   ALLY FINANCIAL(*) | 900.17 | 900.17 | 0.00 | 900.17 |
|     Acct: 0029 | | | | |
| | | | | 51,394.57 |
| **Priority** | | | | |
|   TIMOTHY J SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER R. EMERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER R. EMERSON | 533.79 | 533.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY J SLOAN ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ONE MAIN FINANCIAL OF PA INC FKA SPR | 2,334.69 | 2,334.69 | 0.00 | 2,334.69 |
|     Acct: 6913 | | | | |
|   SHERRI J BRAUNSTEIN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | Acct: | | | | 2,334.69 |

| | | |
|---|---|---|
| **TOTAL PAID TO CREDITORS** | | 53,729.26 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 8,262.66 | |
| UNSECURED | 2,334.69 | |

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JENNIFER R. EMERSON

          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:16-70644 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jennifer R. Emerson  
      Debtor

Case No. 16-70644-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jhel      Page 1 of 2  
Date Rcvd: Oct 26, 2021      Form ID: pdf900      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer R. Emerson, P.O. Box 333, Colver, PA 15927-0333 |
| 14287165 | + | Cambria County Tax Claim Bureau, Cambria County Courthouse, 200 South Center Street, Ebensburg, PA 15931-1962 |
| 14287166 | + | PNC Bank, P.O. Box 747024, Pittsburgh, PA 15274-7024 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2021 10:19:05 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14298054 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14287164 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14316159 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:17 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14287167 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14287168 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2021 23:47:27 | Sprinleaf Financial Services of PA, Inc., PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC BANK, N.A. |
| cr | | PNC Bank, National Association |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-7 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC BANK  N.A. pabk@logs.com, ewassall@logs.com

Lauren Berschler Karl
on behalf of Creditor PNC BANK  N.A. lkarl@rascrane.com, lbkarl03@yahoo.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Timothy J. Sloan
on behalf of Debtor Jennifer R. Emerson sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com

TOTAL: 8