**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/14/21 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JENNIFER R. EMERSON

   Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:16-70644 JAD

Chapter 13

Related to Doc. # 59

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this __14th__ day of __December__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____  jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70644-JAD |
| Jennifer R. Emerson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer R. Emerson, P.O. Box 333, Colver, PA 15927-0333 |
| 14287165 | + | Cambria County Tax Claim Bureau, Cambria County Courthouse, 200 South Center Street, Ebensburg, PA 15931-1962 |
| 14287166 | + | PNC Bank, P.O. Box 747024, Pittsburgh, PA 15274-7024 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2021 23:39:56 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14298054 | | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2021 23:32:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14287164 | | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2021 23:32:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14316159 | + | Email/PDF: cbp@onemainfinancial.com | Dec 14 2021 23:39:56 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14287167 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2021 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14287168 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2021 23:39:56 | Sprinleaf Financial Services of PA, Inc., PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC BANK, N.A. |
| cr | | PNC Bank, National Association |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-7 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC BANK N.A. pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC BANK N.A. lkarl@rascrane.com, lbkarl03@yahoo.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Timothy J. Sloan | on behalf of Debtor Jennifer R. Emerson sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com |

TOTAL: 8